# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEPRINO FOODS COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JND THOMAS COMPANY, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01181-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 39)<br><br>TWO DAY DEADLINE |

On February 17, 2017, an order issued granting Plaintiff's request to file a second amended complaint. (ECF No. 38.) On February 21, 2017, Plaintiff filed an amendment to the first amended complaint. (ECF No. 39.)

Pursuant to Local Rule 220, "every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Plaintiff's February 21, 2017 filing does not comply with Local Rule 220.

Accordingly, IT IS HEREBY ORDERED that within two (2) days of the date of entry of this order, Plaintiff shall file a second amended complaint that complies with Local Rule 220; and if Plaintiff fails to comply with this order, this action will proceed on the first amended complaint.

IT IS SO ORDERED.

Dated: **April 10, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1